LINCOLN TOWER CORPORATION, a Florida corporation, *et al.*, v. ALBERT A. ANIS

4 So. (2nd) 877
Division B
Opinion Filed October 3, 1941
Rehearing Denied October 23, 1941

*W. G. Ward* and *Henry D. Williams* for Petitioner Lincoln Tower Corporation, *Emmet C. Choate* for other Petitioners;

*Albert B. Bernstein,* for Respondent.

PER CURIAM.—After examining the record and briefs in the above cause and hearing the argument of counsel for the respective parties, the court is of the opinion that the petition for certiorari should be and the same is hereby

Denied.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, J. J., concur.